# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 17, 2024

Ms. Victoria Louise Bor
OSH Law Project, L.L.C.
P.O. Box 3769
Washington, DC 20027

Mr. Christopher Beau Carter
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. David Chung
Crowell & Moring, L.L.P.
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Mr. Nathan David Finch
Motley Rice, L.L.C.
401 9th Street, N.W.
Suite 630
Washington, DC 20004

Mr. Robert J. Karl
Porter Wright Morris & Arthur, L.L.P.
41 S. High Street
Suites 2800-3200
Columbus, OH 43215

Ms. Randy Sue Rabinowitz
OSH Law Project, L.L.C.
P.O. Box 3769
Washington, DC 20027

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. Robert Matthew Sussman I
Sussman and Associates
3101 Garfield Street, N.W.
Washington, DC 20008

    No. 24-60193    Texas Chemistry Council v. EPA
                  Agency No. 40 CFR Part 751

Dear Counsel,

We have filed the certified list. PETITIONERS' BRIEF AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See Fed. R. App. P. and 5th Cir. R. 28, 30 and 31. Except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 40 days in agency cases. See also Fed. R. App. P. 30.1.2 and Fed. R. App. P. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also Fed. R. App. P. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf". An intervenor's time is governed by Fed. R. App. P. 31.2. Fed. R. App. P. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see Fed. R. App. P. 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

<u>Brief Template:</u> The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**<u>Guidance Regarding Citations for Administrative Records</u>**

See 5th Cir. R. 28.2.2 - You must use the proper citation format when citing to the electronic administrative record.

Within the electronic record, the record citation cited at the bottom left hand side of the page is the proper citation to be used.

An example of a proper record citation format is, "ROA" followed by a period, followed by the page number. For example, "ROA.123". See 5th Cir. R. 28.2.2.

**Reminder as to Sealing Documents on Appeal:**  Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding.  It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Enclosure(s)

cc w/encl:
   Ms. Laura J. Glickman

Case No. 24-60193

Texas Chemistry Council; American Chemistry Council; Georgia Chemistry Council; Asbestos Disease Awareness Organization; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO; Ohio Chemistry Technology Council,

    Petitioners

v.

United States Environmental Protection Agency,

    Respondent

consolidated with

───────

No. 24-60281

───────

American Public Health Association; Collegium Ramazzini; Local F-116 (Vandenberg Professional Firefighters), International Association of Fire Fighters; Local F-253 (Fort Myer Professional Firefighters), International Association of Fire Fighters; The FeelGood Foundation; Henry A. Anderson, Medical Doctor; Brad Black, Medical Doctor; Barry Castleman, Doctor of Science; Raja Flores, Medical Doctor; Arthur Frank, Medical Doctor, Doctor of Philosophy; Phil Landrigan, Medical Doctor, Master of Science; Richard Lemen, Doctor of Philosophy, Master of Public Health; Steven Markowitz, Medical Doctor, Doctor of Public Health; Jacqueline Moline, Medical Doctor, Master of Science; Celeste Monforton, Doctor of Public Health, Master of Public Health; Christine Oliver, Medical Doctor, Master of Public Health, Master of Science; Andrea Wolf, Medical Doctor, Master of Public Health,

    Petitioners

v.

United States Environmental Protection Agency; Michael Regan, Administrator, United States Environmental Protection Agency,

    Respondents