# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

February 07, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60193   TexasChemistry Council v. EPA
                     40 CFR Part 751
                     89 Fed. Reg. 21970
                     89 Fed. Reg. 21970

The request for leave to file an unredacted brief is denied as unnecessary. The brief can be filed on the docket without leave of court using the brief filed event and selecting the drop down of 'redacted'.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. Evan Noller Bianchi
Ms. Victoria Louise Bor
Mr. Christopher Beau Carter
Mr. David Chung
Mr. Nathan David Finch
Mr. David Fotouhi
Ms. Laura J. Glickman
Mr. I. Andrew Goldberg
Mr. Robert J. Karl
Mr. Matthew Zane Leopold
Mr. Elbert Lin
Mr. Jeremy Charles Marwell
Mr. James Payne
Ms. Erica Nicole Peterson
Mr. Jeffrey Prieto
Ms. Randy Sue Rabinowitz
Ms. Kristen Sarna
Mr. Nicholas D. Stellakis
Mr. Aaron Michael Streett
Mr. Robert Matthew Sussman I
Mr. Nathaniel J. Tisa
Mr. Lucas Williams