No. 24-60193

# United States Court of Appeals for the Fifth Circuit

TEXAS CHEMISTRY COUNCIL; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; ASBESTOS DISEASE AWARENESS ORGANIZATION; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; OHIO CHEMISTRY TECHNOLOGY COUNCIL,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*

consolidated with

No. 24-60281

AMERICAN PUBLIC HEALTH ASSOCIATION; COLLEGIUM RAMAZZINI; LOCAL F-116 (VANDENBERG PROFESSIONAL FIREFIGHTERS), INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS; LOCAL F-253 (FORT MYER PROFESSIONAL FIREFIGHTERS), INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS; THE FEELGOOD FOUNDATION; HENRY A. ANDERSON, MEDICAL DOCTOR; BRAD BLACK, MEDICAL DOCTOR; BARRY CASTLEMAN, DOCTOR OF SCIENCE; RAJA FLORES, MEDICAL DOCTOR; ARTHUR FRANK, MEDICAL DOCTOR, DOCTOR OF PHILOSOPHY; PHIL LANDRIGAN, MEDICAL DOCTOR, MASTER OF SCIENCE; RICHARD LEMEN, DOCTOR OF PHILOSOPHY, MASTER OF PUBLIC HEALTH; STEVEN MARKOWITZ, MEDICAL DOCTOR, DOCTOR OF PUBLIC HEALTH; JACQUELINE MOLINE, MEDICAL DOCTOR, MASTER OF SCIENCE; CELESTE MONFORTON, DOCTOR OF PUBLIC HEALTH, MASTER OF PUBLIC HEALTH; CHRISTINE

OLIVER, MEDICAL DOCTOR, MASTER OF PUBLIC HEALTH, MASTER OF SCIENCE; ANDREA WOLF, MEDICAL DOCTOR, MASTER OF PUBLIC HEALTH,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JAMES PAYNE, ACTING ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*

consolidated with

_____

No. 24-60333
_____

OLIN CORPORATION,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JAMES PAYNE, ACTING ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*
_____

On Petitions for Review of Final Agency Action of the United States Environmental Protection Agency
89 Fed. Reg. 21,970 (Mar. 28, 2024)
_____

**PETITIONER OLIN CORPORATION'S MOTION TO ENLARGE BRIEFING SCHEDULE**
_____

Olin Corporation, the petitioner in No. 24-60333 in these consolidated cases, respectfully asks for an enlargement of the briefing schedule by 30 days. In support, Olin Corporation states as follows.

1. The petitions in these consolidated actions challenge the final rule of the Environmental Protection Agency ("EPA") titled "Asbestos Part 1; Chrysotile Asbestos; Regulation of Certain Conditions of Use Under the Toxic Substances Control Act (TSCA)" ("Rule"). 89 Fed. Reg. 21,970 (Mar. 28, 2024).

2. On August 1, 2024, the parties filed a Joint Motion to Establish Briefing Format and Modify Schedule ("Joint Motion"). ECF 89. The Court granted this on August 4, 2024. ECF 97-1.

3. Opening Briefs, the Government's Response Brief, and Intervenor Briefs were all filed in accordance with the Joint Motion.

4. On February 11, 2025, the Government filed a motion with this Court to hold the consolidated actions in abeyance for 120 days to permit new leadership at the EPA to review the Rule. ECF 170.

5. Under the current briefing schedule, reply briefs, including the reply brief of Olin Corporation, are due February 28, 2025; the deferred joint appendix is due March 21, 2025; and final briefs are due April 4, 2025. *See* Joint Motion at 3.

1

6. An enlargement of the remaining deadlines by 30 days would permit this Court sufficient time to decide whether to grant the Government's abeyance motion before reply briefs are due. This would ensure that, in the event abeyance is granted and the Government ultimately supplements or alters its previously briefed arguments, the Petitioners remain able to account for those developments in their reply briefing. Given that the Rule has not been stayed, this minor extension would not prejudice any party and would further the interests of judicial efficiency in a matter where nine briefs have already been filed.

7. The Government does not oppose this motion. Petitioners and Intervenors Asbestos Disease Awareness Organization and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, and Petitioner American Public Health Association,[1] oppose the motion. No other party has indicated a position.

---

[1] As defined in the Joint Motion, the American Public Health Association Petitioners include Collegium Ramazzini; IAFF Local F-253 (Fort Myer Professional Firefighters); IAFF Local F-116 (Vandenberg Professional Firefighters); The FealGood Foundation; Henry A. Anderson, MD; Brad Black, MD; Barry Castleman, ScD; Raja Flores, MD; Arthur Frank, MD, PhD; Phil Landrigan, MD, MSc; Richard Lemen, PhD, MSPH; Steven Markowitz, MD, DrPH; Jacqueline Moline, MD, MSc; Celeste Monforton, DrPH, MPH; Christine Oliver, MD, MPH, MSc; and Andrea Wolf, MD, MPH.

* * *

For the foregoing reasons, Olin Corporation asks that this motion be granted and that all remaining deadlines in the briefing schedule be enlarged by 30 days as follows: Reply Briefs due April 1, 2025; Deferred Joint Appendix due April 21, 2025; and Final Briefs due May 5, 2025.

Dated: February 11, 2025

>Respectfully submitted,
>
>OLIN CORPORATION,
>By its attorneys,
>
>
>/s/ *Nicholas Stellakis*
>Elbert Lin
>  Lead Counsel
>  ELin@Hunton.com
>Matthew Leopold
>  MLeopold@Hunton.com
>Erica Peterson
>  EPeterson@Hunton.com
>Nicholas D. Stellakis
>  NStellakis@Hunton.com
>Hunton Andrews Kurth LLP
>2200 Pennsylvania Ave. NW, Suite 500
>Washington, DC 20037-1701
>T: (202) 955-1857
>F: (202) 778-2201

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 478 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). This filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman 14-point font.

/s/ *Nicholas Stellakis*
Nicholas Stellakis
Counsel for Olin Corporation