No. 24-60193

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

TEXAS CHEMISTRY COUNCIL; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; ASBESTOS DISEASE AWARENESS ORGANIZATION; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; OHIO CHEMISTRY TECHNOLOGY COUNCIL,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent.*

---

Consolidated with No. 24-60281

---

AMERICAN PUBLIC HEALTH ASSOCIATION; COLLEGIUM RAMAZZINI; LOCAL F-116 (VANDENBERG PROFESSIONAL FIREFIGHTERS), INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS; LOCAL F-253 (FORT MYER PROFESSIONAL FIREFIGHTERS), INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS; THE FEELGOOD FOUNDATION; HENRY A. ANDERSON, *Medical Doctor*; BRAD BLACK, *Medical Doctor*; BARRY CASTLEMAN, *Doctor* OF SCIENCE; RAJA FLORES, *Medical Doctor*; ARTHUR FRANK, *Medical Doctor*, *Doctor* OF PHILOSOPHY; PHIL LANDRIGAN, *Medical Doctor*, MASTER OF SCIENCE; RICHARD LEMEN, *Doctor* OF PHILOSOPHY, MASTER OF PUBLIC HEALTH; STEVEN MARKOWITZ, *Medical Doctor*, *Doctor* OF PUBLIC HEALTH; JACQUELINE MOLINE, *Medical Doctor*, MASTER OF SCIENCE; CELESTE MONFORTON, *Doctor* OF PUBLIC HEALTH, MASTER OF PUBLIC HEALTH; CHRISTINE OLIVER, *Medical Doctor*, MASTER OF PUBLIC HEALTH, MASTER OF SCIENCE; ANDREA WOLF, *Medical Doctor*, MASTER OF PUBLIC HEALTH,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, MICHAEL REGAN, *Administrator*, *United States Environmental Protection Agency*,

*Respondents*.

Consolidated with No. 24-60333

OLIN CORPORATION,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, MICHAEL REGAN, *Administrator*, *United States Environmental Protection Agency*,

*Respondents*.

**MOTION TO WITHDRAW DAVID FOTOUHI AS COUNSEL FOR *AMICUS CURIAE* ALLIANCE FOR AUTOMOTIVE INNOVATION**

*Amicus Curiae* Alliance for Automotive Innovation respectfully moves for an order withdrawing the appearance of David Fotouhi as counsel for Alliance for Automotive Innovation. David Fotouhi is leaving his employment with Gibson, Dunn & Crutcher LLP. The Alliance for Automotive Innovation will be represented by Raymond B. Ludwiszewski of Gibson, Dunn & Crutcher LLP, who is entering his appearance as lead counsel forthwith.

Dated: June 13, 2025            Respectfully submitted,

/s/ David Fotouhi

DAVID FOTOUHI
   *Counsel of Record*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 467-0539
dfotouhi@gibsondunn.com

*Counsel for Amicus Curiae Alliance for Automotive Innovation*

# CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of June, 2025, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

Dated: June 13, 2025       */s/ David Fotouhi*
                 DAVID FOTOUHI, Counsel of Record
                 for *Amicus Curiae* Alliance for
                 Automotive Innovation

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fifth Circuit Rule 32.2, this document contains 63 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: June 13, 2025

*/s/ David Fotouhi*
DAVID FOTOUHI, Counsel of Record
for *Amicus Curiae* Louisiana Oil
and Gas Association