# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 13, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-60193   TexasChemistry Council v. EPA
               USDC No. 40 CFR Part 751
               USDC No. 89 Fed. Reg. 21970
               USDC No. 89 Fed. Reg. 21970

The court has granted the motion of David Fotouhi to withdraw as counsel in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. Evan Noller Bianchi
Ms. Victoria Louise Bor
Mr. Christopher Beau Carter
Mr. David Chung
Mr. Nathan David Finch
Mr. David Fotouhi
Ms. Laura J. Glickman
Mr. I. Andrew Goldberg
Mr. Robert J. Karl
Mr. Matthew Zane Leopold
Mr. Elbert Lin
Mr. Jeremy Charles Marwell
Mr. James Payne
Ms. Erica Nicole Peterson
Mr. Jeffrey Prieto
Ms. Randy Sue Rabinowitz
Ms. Kristen Sarna
Mr. Nicholas D. Stellakis
Mr. Aaron Michael Streett
Mr. Robert Matthew Sussman I
Mr. Nathaniel J. Tisa
Mr. Lucas Williams