IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS CHEMISTRY COUNCIL, ET AL.<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Nos. 24-60193, 24-60281, 24-60333 (consolidated) |

## **RESPONDENT EPA'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO EXTEND THE STAY**

Respondents United States Environmental Protection Agency and Administrator Lee Zeldin ("EPA") respectfully request that the Court extend the deadline to file a reply to Petitioner Asbestos Disease Awareness Organization's ("ADAO") opposition to EPA's Motion to Hold Case In Abeyance to July 7, 2025. Petitioners Olin Corporation, Ohio Chemistry Technology Council, American Chemistry Council, Texas Chemistry Council, and Georgia Chemistry Council do not oppose the relief requested in this motion. Petitioners ADAO and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO take no position on the relief requested.

In support of this motion, EPA states as follows:

1

1.	This action involves seven petitions for review. Case Nos. 24-60193, 24-60281, 24-60333.

2.	These petitions challenge a final rule entitled "Asbestos Part 1; Chrysotile Asbestos; Regulation of Certain Conditions of Use Under the Toxic Substances Control Act (TSCA)." *See* 89 Fed. Reg. 21970 (Mar. 28, 2024) (the "Asbestos Rule").

3.	Petitioners filed their opening briefs on September 30, 2024. Doc. Nos. 107, 109–110.

4.	EPA filed its response brief on January 17, 2025. Doc. Nos. 149, 153.

5.	Intervenors filed their briefs on February 7, 2025. Doc. Nos. 166, 168.

6.	No reply briefs have been filed.

7.	On February 14, 2025, the Court granted EPA's motion to hold the case in abeyance for 120 days to allow new Agency leadership to review the Asbestos Rule. Doc. No. 182-1.

8.	On June 16, 2025, EPA filed a Motion to Hold Case In Abeyance for an additional six months. Doc. No. 201-1.

9.	On June 18, 2025, Petitioner ADAO filed an opposition to EPA's Motion to Hold Case In Abeyance. Doc. No. 202.

10.	On June 23, 2025, the Court issued a directive requesting that EPA file a reply to ADAO's opposition by June 27, 2025. Doc. No. 207.

11. EPA needs additional time to review the arguments raised by ADAO in its opposition, to prepare a response, and to complete the necessary review and approval by the appropriate officials at EPA and the Department of Justice. Additionally, because of the upcoming July 4th holiday and prescheduled leave, a brief extension until after the holiday would accommodate limited availability at the Agency.

12. Because the requested extension is brief and there are no other upcoming deadlines, extending EPA's reply deadline will not adversely affect the other parties or the Court's calendar.

## CONCLUSION

For the foregoing reasons, EPA respectfully moves this Court to extend the deadline for filing a response to ADAO's opposition until July 7, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

Of Counsel:

DEREK GILLIAM
CAMILLE HEYBOER
U.S. Environmental Protection Agency
Office of General Counsel
Washington, DC

Dated: June 24, 2025

*/s/ Kristen Sarna*
LAURA J. GLICKMAN
KRISTEN SARNA
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-3315
kristen.sarna@usdoj.gov

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 439 words according to the count of Microsoft Word, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), and therefore is within the word limit of 5,200 words.

I further certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally-spaced font, and is double-spaced, except for headings, block quotes, and footnotes.

Dated: June 24, 2025                     */s/ Kristen Sarna*
                                          KRISTEN SARNA

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Dated:  June 24, 2025                              */s/ Kristen Sarna*
                                                   KRISTEN SARNA