# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 9, 2025
Lyle W. Cayce
Clerk

No. 24-60193

TEXAS CHEMISTRY COUNCIL; AMERICAN CHEMISTRY COUNCIL; GEORGIA CHEMISTRY COUNCIL; ASBESTOS DISEASE AWARENESS ORGANIZATION; UNITED STEEL, PAPER and FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL and SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO; OHIO CHEMISTRY TECHNOLOGY COUNCIL,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent,*

CONSOLIDATED WITH

No. 24-60281

AMERICAN PUBLIC HEALTH ASSOCIATION; COLLEGIUM RAMAZZINI; LOCAL F-116 (VANDENBERG PROFESSIONAL FIREFIGHTERS), INTERNATIONAL *Association* OF FIRE FIGHTERS; LOCAL F-253 (FORT MYER PROFESSIONAL FIREFIGHTERS), INTERNATIONAL *Association* OF FIRE FIGHTERS; THE FEELGOOD FOUNDATION; HENRY A. ANDERSON, *Medical Doctor*; BRAD BLACK, *Medical Doctor*; BARRY CASTLEMAN, *Doctor of Science*; RAJA FLORES, *Medical Doctor*; ARTHUR FRANK, MEDICAL DOCTOR, *Doctor of Philosophy*; PHIL LANDRIGAN, MEDICAL DOCTOR,

Master of Science; Richard Lemen, *Doctor of Philosophy, Master of Public Health*; Steven Markowitz, Medical Doctor, *Doctor of Public Health*; Jacqueline Moline, Medical Doctor, Master of Science; Celeste Monforton, *Doctor of Public Health, Master of Public Health*; Christine Oliver, Medical Doctor, Master of Public Health, Master of Science; Andrea Wolf, Medical Doctor, Master of Public Health,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

*Respondents*,

consolidated with
_____

No. 24-60333
_____

Olin Corporation,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

*Respondent.*

_____

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Part 751
Agency No. 89 Fed. Reg. 21970

_____

ORDER:

IT IS ORDERED that Respondent's unopposed motion to withdraw the June 16, 2025, motion to hold the case in abeyance for an additional six months is GRANTED.

IT IS FURTHER ORDERED that Respondent's unopposed motion to extend the stay through August 8, 2025, is GRANTED.

        /s/ Carl E. Stewart
        Carl E. Stewart
        *United States Circuit Judge*