# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS CHEMISTRY COUNCIL, *et al.*<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Respondents. | Nos. 24-60193, 24-60281, 24-60333 (consolidated) |

## JOINT MOTION TO GOVERN FURTHER PROCEEDINGS AND MODIFY BRIEFING SCHEDULE

Petitioners and Intervenors United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO ("USW"), and Asbestos Disease Awareness Organization ("ADAO"); Petitioners American Public Health Association, Collegium Ramazzini, IAFF Local F-253 (Fort Myer Professional Firefighters), IAFF Local F-116 (Vandenberg Professional Firefighters), The FealGood Foundation, Henry A. Anderson, MD, Brad Black, MD, Barry Castleman, ScD, Raja Flores, MD, Arthur Frank, MD, PhD, Phil Landrigan, MD, MSc, Richard Lemen, PhD, MSPH, Steven Markowitz, MD, DrPH, Jacqueline Moline, MD, MSc, Celeste Monforton, DrPH, MPH, Christine Oliver, MD, MPH, MSc, and Andrea Wolf, MD, MPH (collectively

1

"APHA"); Petitioners and Intervenors Ohio Chemistry Technology Council, American Chemistry Council, Georgia Chemistry Council, Texas Chemistry Council, and Petitioner Olin Corporation (collectively "Industry Petitioners"); and Respondents, the United States Environmental Protection Agency and its Administrator Lee Zeldin (collectively "EPA") respectfully submit this motion to govern further proceedings and to modify the briefing schedule in this case. In support of this Motion, the parties submit the following:

1. This action involves seven petitions for review, consolidated with No. 24-60193 as the lead case.

2. These petitions challenge a final rule entitled "Asbestos Part 1; Chrysotile Asbestos; Regulation of Certain Conditions of Use Under the Toxic Substances Control Act (TSCA)." *See* 89 Fed. Reg. 21970 (Mar. 28, 2024) (codified at 40 C.F.R. Part 751) ("Asbestos Rule").

3. Petitioners filed their opening briefs on September 30, 2024. Doc. Nos. 107, 109–110.

4. EPA filed its response brief on January 17, 2025. Doc. Nos. 149, 153.

5. Intervenors filed their briefs on February 7, 2025. Doc. Nos. 166, 168.

6. No reply briefs have been filed.

7. On February 14, 2025, the Court granted EPA's motion to hold the case in abeyance for 120 days to allow new Agency leadership to review the Asbestos Rule. Doc. No. 182-1.

8. On June 16, 2025, EPA filed a motion to hold the case in abeyance for an additional six months while the Agency reconsiders the challenged rule via notice-and-comment rulemaking. Doc. No. 201-1.

9. On July 7, 2025, however, EPA moved to withdraw its motion to hold the case in abeyance but requested that the Court extend the abeyance through August 8, 2025. Doc. No. 213-1.

10. The Court granted EPA's motion to withdraw its June 16, 2025, abeyance request on July 9, 2025, and further granted EPA's request to extend the abeyance through August 8, 2025. Doc. No. 220.

11. The parties jointly propose that the Court revise the briefing schedule for this case and to order the following remaining deadlines:

| DATE | FILING DUE | No. of Words |
|---|---|---|
| Sept. 17, 2025 | Reply Briefs | 9,000 collectively for USW/ADAO/APHA (to be divided among parties); 9,000 collectively for Industry Petitioners (to be divided among parties) |
| Oct. 20, 2025 | Deferred Joint Appendix | |
| Nov. 10 , 2025 | Final Briefs | |

12. The parties further jointly propose that the Court schedule oral argument for this case in early February 2026.

Respectfully submitted this 8th day of August, 2025 by:

|  |  |
|---|---|
|  | ADAM R.F. GUSTAFSON<br>*Acting Assistant Attorney General* |
| *Of Counsel:*<br>DEREK GILLIAM<br>CAMILLE HEYBOER<br>Office of the General Counsel<br>U.S. Environmental Protection Agency<br>Washington, D.C. | */s/ Laura J. Glickman*<br>LAURA J. GLICKMAN<br>KRISTEN SARNA<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-6390 (phone) (Glickman)<br>(202) 514-0375 (phone) (Sarna)<br>(202) 514-8865 (fax)<br>laura.glickman@usdoj.gov<br>kristen.sarna@usdoj.gov |
| Laura Gooding<br>AMERICAN CHEMISTRY COUNCIL<br>700 2nd Street, NE<br>Washington, DC 20002<br><br>*Counsel for the American Chemistry Council* | */s/ David Y. Chung*<br>David Y. Chung<br>Warren Lehrenbaum<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 624-2500 (phone)<br>(202) 628-5116 (fax)<br>dchung@crowell.com<br><br>*Counsel for American Chemistry Council, Georgia Chemistry Council, and Texas Chemistry Council* |
| */s/ Robert J. Karl*<br>Robert J. Karl<br>Eric B. Gallon<br>Porter, Wright, Morris & Arthur LLP | */s/ Elbert Lin*<br>Elbert Lin<br>*Counsel of Record*<br>Hunton Andrews Kurth LLP |

4

41 S. High Street, Suite 3000
Columbus, OH 43215-6194
Phone: (614) 227-1925
rkarl@porterwright.com

*Counsel for the Ohio Chemistry Technology Council*

/s/ *Robert M. Sussman*
Robert M. Sussman
Sussman & Associates
3101 Garfield St. NW
Washington, DC 20008
(202) 716-0118

Lucas Williams
Lexington Law Group, LLP
503 Divisadero Street
San Francisco, CA 94117
(415) 913-7800

*Attorneys for Petitioners Asbestos Disease Awareness Organization. American Public Health Association,*

951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com

Matthew Z. Leopold
Erica N. Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
mleopold@HuntonAK.com
epeterson@HuntonAK.com

Nicholas D. Stellakis
Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109
(617) 648-2800
nstellakis@HuntonAK.com

*Counsel for Petitioner Olin Corporation*

/s/ *Randy S. Rabinowitz*
Randy S. Rabinowitz, Esq.
Victoria L. Bor, Esq.
Occupational Safety & Health Law Project,
LLC
P.O. BOX 3769
Washington, DC 20027
202 256-4080

Nathan Finch, Esq.
Motley Rice LLC
401 9th Street NW
Suite 630
Washington, DC 20004
(202) 607-8998

*Collegium Ramazzini, Local F-116 (Vandenberg Professional Firefighters), International Association of Fire Fighters; Local F-253 (Fort Myer Professional Firefighters), International Association of Fire Fighters; The FealGood Foundation. Henry A. Anderson, MD; Brad Black, MD; Barry Castleman, ScD; Raja Flores, MD; Arthur Frank, MD, PhD; Phil Landrigan, MD, MSc; Richard Lemen, PhD, MSPH; Steven Markowitz, MD, DrPH; Jacqueline Moline, MD, MSc; Celeste Monforton, DrPH, MPH; Christine Oliver, MD, MPH, MSc; and Andrea Wolf, MD, MPH*

*Attorneys for Petitioner USW*

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 495 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). This filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

*s/ David Y. Chung*
David Y. Chung
*Counsel for Petitioners American Chemistry Council, Georgia Chemistry Council, and Texas Chemistry Council*
