# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS CHEMISTRY COUNCIL, *et al.* <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* <br><br> Respondents. | Nos. 24-60193, 24-60281, 24-60333 (consolidated) |

## UNOPPOSED MOTION FOR A STAY OF ALL CURRENT DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS

Respondent United States Environmental Protection Agency ("EPA") hereby moves for a stay of all current deadlines in the above-captioned case.

    1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

    2.    Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

1

3. Undersigned counsel therefore requests a stay of all current deadlines until Congress has restored appropriations to the Department of Justice.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice. EPA requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for Petitioners has authorized counsel for EPA to state that Petitioners have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, EPA hereby moves for a stay of all current deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 10, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
  *Acting Assistant Attorney General*

*Of Counsel:*
  DEREK GILLIAM
  Office of the General Counsel
  U.S. Environmental Protection Agency
  Washington, D.C.

  *s/ Laura J. Glickman*
  LAURA J. GLICKMAN
  KRISTEN SARNA
  Environmental Defense Section
  Environment and Natural Resources Division
  U.S. Department of Justice

P.O. Box 7611  
Washington, D.C. 20044  
(202) 514-6390  
Laura.Glickman@usdoj.gov

# CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 251 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). This filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

*s/ Laura J. Glickman*
LAURA J. GLICKMAN
