# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS CHEMISTRY COUNCIL, *et al.* | Nos. 24-60193, 24-60281, 24-60333 (consolidated) |
| Petitioners, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* | |
| Respondents. | |

## MOTION TO LIFT STAY AND SET BRIEFING SCHEDULE

Respondents United States Environmental Protection Agency and Administrator Lee Zeldin ("EPA") respectfully move the Court to lift the stay in this matter and set deadlines for the deferred joint appendix and final briefs. No party opposes the relief requested.

1.      This action involves seven petitions for review. Case Nos. 24-60193, 24-60281, 24-60333.

2.      These petitions challenge a final rule entitled "Asbestos Part 1; Chrysotile Asbestos; Regulation of Certain Conditions of Use Under the Toxic Substances Control Act (TSCA)." *See* 89 Fed. Reg. 21970 (Mar. 28, 2024) (codified at 40 C.F.R. Part 751).

3.     Petitioners filed their opening briefs on September 30, 2024. Doc. Nos. 107, 109–110.

4.     EPA filed its response brief on January 17, 2025. Doc. Nos. 149, 153.

5.     Intervenors' briefs were filed on February 7, 2025. Doc. Nos. 166, 168.

6.     Reply briefs were filed on September 17, 2025. Doc. Nos. 232–34.

7.     The deferred joint appendix was due on October 20, 2025, and final briefs were due on November 10, 2025.

8.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

9.     EPA moved for a stay of the current deadlines until appropriations were restored. Doc. No. 237. The Court granted the stay. Doc. No. 242.

10.    On November 12, 2025, appropriations were restored, and DOJ attorneys were permitted to resume their functions.

11.    Accordingly, the parties jointly propose that the Court lift the stay in this matter and order that the deferred joint appendix be filed by December 19, 2025 and final briefs be filed by January 16, 2025.

Respectfully submitted this 19th day of November, 2025 by:

ADAM GUSTAFSON
*Principal Deputy Assistant Attorney General*

*Of Counsel:*
    DEREK GILLIAM
    Office of the General Counsel
    U.S. Environmental Protection Agency
    Washington, D.C.

 *s/ Kristen Sarna*

    LAURA J. GLICKMAN
    KRISTEN SARNA
    Environmental Defense Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    P.O. Box 7611
    Washington, D.C.  20044
    (202) 532-3315
    kristen.sarna@usdoj.gov

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 293 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). This filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

*s/ Kristen Sarna*
KRISTEN SARNA