United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 24, 2025
Lyle W. Cayce
Clerk

No. 24-60193

TEXAS CHEMISTRY COUNCIL; AMERICAN CHEMISTRY
COUNCIL; GEORGIA CHEMISTRY COUNCIL; ASBESTOS DISEASE
AWARENESS ORGANIZATION; UNITED STEEL, PAPER and
FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED
INDUSTRIAL and SERVICE WORKERS INTERNATIONAL UNION,
AFL-CIO; OHIO CHEMISTRY TECHNOLOGY COUNCIL,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

CONSOLIDATED WITH

No. 24-60281

AMERICAN PUBLIC HEALTH ASSOCIATION; COLLEGIUM
RAMAZZINI; LOCAL F-116 (VANDENBERG PROFESSIONAL
FIREFIGHTERS), INTERNATIONAL *Association* OF FIRE FIGHTERS;
LOCAL F-253 (FORT MYER PROFESSIONAL FIREFIGHTERS),
INTERNATIONAL *Association* OF FIRE FIGHTERS; THE FEELGOOD
FOUNDATION; HENRY A. ANDERSON, *Medical Doctor*; BRAD
BLACK, *Medical Doctor*; BARRY CASTLEMAN, *Doctor of Science*; RAJA
FLORES, *Medical Doctor*; ARTHUR FRANK, MEDICAL DOCTOR,
*Doctor of Philosophy*; PHIL LANDRIGAN, MEDICAL DOCTOR,

Master of Science; Richard Lemen, *Doctor of Philosophy, Master of Public Health*; Steven Markowitz, Medical Doctor, *Doctor of Public Health*; Jacqueline Moline, Medical Doctor, Master of Science; Celeste Monforton, *Doctor of Public Health, Master of Public Health*; Christine Oliver, Medical Doctor, Master of Public Health, Master of Science; Andrea Wolf, Medical Doctor, Master of Public Health,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

*Respondents*,

consolidated with
_____

No. 24-60333
_____

Olin Corporation,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency*,

*Respondent*.

No. 24-60193
c/w Nos. 24-60281, 24-60333

---

Petitions for Review from an Order of the
Environmental Protection Agency
Agency No. 40 CFR Part 751
Agency No. 89 Fed. Reg. 21970

---

ORDER:

IT IS ORDERED that Respondents' unopposed motion to lift the stay in this case is GRANTED.

IT IS FURTHER ORDERED that Respondents' request to resume briefing and set a deadline of December 19, 2025, for the joint appendix and a deadline of January 16, 2026, for the final briefs is GRANTED.

                                           /s/ Carl E. Stewart
                                           CARL E. STEWART
                                           *United States Circuit Judge*