

January 9, 2026

Lyle W. Cayce, Clerk of Court
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

Re: *Texas Chemistry Council v. EPA,* No. 24-60193 *and consolidated cases*

Dear Clerk Cayce:

I am lead counsel for the United Steelworkers, a petitioner and intervenor in support of respondent EPA, in the above-captioned cases. I have previous commitments from April 4-13 and May 14-31. I request that the Court refrain from scheduling oral argument on these petitions during those time periods.

I previously filed a similar letter (Docket No. 261) which, I did not realize at the time, contained clerical errors. Please substitute this letter for Docket No. 261.

Thank you in advance for your cooperation.

Sincerely,

/s/ Randy Rabinowitz

cc: Counsel of Record service via CM/ECF

(202)-256-4080
PO Box 3769, Washington, DC 20027