

**U.S. Department of Justice**

Environment and Natural Resources Division

*Environmental Defense Section*
*P.O. Box 7611*
*Washington, DC  20044*

*Telephone (202) 514-2219*
*Facsimile (202) 514-8865*

February 18, 2026

*VIA ECF*
Lyle W. Cayce
Clerk of Court
600 S. Maestri Pl., Suite 115
New Orleans, LA 70130-3408

Re: *Texas Chemistry Council v. EPA*, No. 24-60193 and consolidated cases

Dear Clerk Cayce,

I am lead counsel for EPA in the above-captioned case and write to inform the Court of my upcoming unavailability for argument.  I will be on a pre-planned vacation the week of April 27.  To the extent possible, we request the Court avoid scheduling oral argument that week.

Sincerely,

/s/ *Laura J. Glickman*
LAURA J. GLICKMAN
*Senior Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
laura.glickman@usdoj.gov
(202) 598-3056