

**David Y. Chung**
DChung@crowell.com
(202) 624-2587  direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
+1.202.624.2500  main
+1.202.628.5116  fax

February 19, 2026

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

> **Re:  *Texas Chemistry Council v. EPA.*, No. 24-60193 (and consolidated cases). Notice of Argument Unavailability**

Dear Mr. Cayce:

I am lead counsel for Appellants American Chemistry Council, Georgia Chemistry Council, and Texas Chemistry Council. I write to inform the Court of my unavailability for argument on March 27, 30-31, and April 1-2, 2026, due to a pre-scheduled conflict. To the extent possible, I request the Court to avoid scheduling argument on those dates.

Respectfully submitted,

/s/ David Y. Chung
David Y. Chung