# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 09, 2026

Ms. Laura J. Glickman
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

        No. 24-60193    TexasChemistry Council v. EPA
                        USDC No. 40 CFR Part 751
                        USDC No. 89 Fed. Reg. 21970
                        USDC No. 89 Fed. Reg. 21970

Dear Ms. Glickman,

You must submit the **6 paper copies of your addendum** required by
5th Cir. R. 31.1. Please overnight your copies.

The covers of your documents must be the following colors:
Appellant's brief must be blue. Appellee's brief must be red.
Appellant's Record excerpts must be white and contain physical
tabs that extend beyond the edge of the document. Appellant's
reply brief must be gray.

Please be sure that you print your paper copies **from this notice
of docket activity** and not the proposed sufficient brief/record
excerpts filed event so that it will contain the proper filing
header.  **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper
copies of briefs and record excerpts.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Olivia Andry*

                    By: _____
                    Olivia G. Andry, Deputy Clerk