**CHEDULED FOR ORAL ARGUMENT
ON JUNE 1, 2026**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| TEXAS CHEMISTRY COUNCIL, et al., | ) | |
| | ) | |
| *Petitioners,* | ) | Nos. 24-60193, 24-60281, |
| | ) | 24-60333 (consolidated) |
| v. | ) | |
| | ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) | |
| | ) | |
| *Respondent.* | ) | |
| _____ | ) | |

**MOTION TO INCREASE THE TIME FOR ORAL ARGUMENT**

Petitioners and Intervenors United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO ("USW") and Petitioners and Intervenors Ohio Chemistry Technology Council, American Chemistry Council, Georgia Chemistry Council, Texas Chemistry Council,(collectively "Industry Petitioners") respectfully submit this motion to increase the time allotted for oral argument.  Respondent, the Environmental Protection Agency (EPA) takes no position on this motion.  Petitioner, Olin Corporation does not intend to present oral argument and has no objection to this motion.  Petitioner Asbestos Disease Awareness Organization

("ADAO") and the APHA Petitioners[1] do not oppose the total amount of time requested in this motion nor the allocation of equal time to the Petitioners and the Respondent but do oppose the proposed allocation of time between them and the USW, described below.

In support of this Motion, the USW and Industry Petitioners submit the following:

1. This action involves seven petitions for review, consolidated with No. 24-60193 as the lead case.  These petitions challenge a final rule promulgated by the Environmental Protection Agency ("EPA") entitled "Asbestos Part 1; Chrysotile Asbestos; Regulation of Certain Conditions of Use Under the Toxic Substances Control Act (TSCA)." *See* 89 Fed. Reg. 21970 (Mar. 28, 2024) (codified at 40 C.F.R. Part 751) ("Asbestos Rule"). The Court has scheduled oral argument on June 1, 2026, at 9:00 a.m.

2. The current oral argument schedule allocates a total of 20 minutes for all the Petitioners and 20 minutes for Respondent EPA. Three groups of Petitioners --

---

[1] ADAO's opening brief is joined by the following additional Petitioners: American Public Health Association, Collegium Ramazzini, IAFF Local F-253 (Fort Myer Professional Firefighters), IAFF Local F-116 (Vandenberg Professional Firefighters), The FeelGood Foundation, Henry A. Anderson, MD, Brad Black, MD, Barry Castleman, ScD, Raja Flores, MD, Arthur Frank, MD, PhD, Phil Landrigan, MD, MSc, Richard Lemen, PhD, MSPH, Steven Markowitz, MD, DrPH, Jacqueline Moline, MD, MSc, Celeste Monforton, DrPH, MPH, Christine Oliver, MD, MPH, MSc, and Andrea Wolf, MD, MPH (collectively APHA).

USW, ADAO/APHA, and the Industry Petitioners -- have filed separate briefs in this case, each raising separate challenges to EPA's Asbestos Rule, and each group expects to present oral argument to the Court.  Each group of Petitioners has also intervened to support various aspects of the Asbestos Rule. There is no overlap among the issues raised by the three groups of Petitioners.

3. This case involves a challenge to not only EPA's final Asbestos Rule, but also the Agency's underlying risk evaluation, which Industry Petitioners could not challenge as a standalone final agency action. Collectively, the Petitioners have presented numerous legal and administrative record-based questions for review and briefing in this case has generated numerous amicus briefs on both sides.

4. Petitioners believe twenty minutes is too brief an amount of time to meaningfully argue the merits of their claims.  The USW and Industry Petitioners jointly request that the Court extend the total time for the Petitioner's argument to thirty-five (35) minutes, allocated as follows:

   a.  Industry Petitioners: seventeen (17) minutes

   b.  Petitioner USW: nine (9) minutes

   c.  Petitioner APHA/ADAO: nine (9) minutes.

5. The proposed time allocations are roughly proportional to the word count allocations under the modified briefing schedule that governed this case. This

would also give each group of Petitioners less time than would be allocated by default had their petitions not been consolidated.

6. Petitioners further request that Respondent EPA similarly be allotted thirty-five (35) minutes to respond to Petitioners' arguments.

7. The Court recently allocated thirty-five minutes per side in a recently argued case involving consolidated petitions challenging a final agency action. *See NicQuid, L.L.C. v. FDA*, Nos. 24-60272, 24-60304, 24-60332, 24-60424, 24-60628, 25-60098, 25-60369 (argued Apr. 28, 2026).

8. For these reasons, Petitioners respectfully request that this Court grant their request to increase the time limits for the June 1, 2026, argument so that thirty-five minutes in total are allocated to Petitioners, and thirty-five minutes in total are allocated to Respondents.

| Dated: May 5, 2026 | Respectfully submitted, |
|---|---|
| | /s/ *Randy Rabinowitz*<br>Randy S. Rabinowitz, Esq.<br>Victoria L. Bor, Esq.<br>Occupational Safety & Health Law Project, LLC<br>P.O. BOX 3769<br>Washington, DC 20027<br>202 256-4080<br><br>Nathan Finch, Esq.<br>Motley Rice LLC<br>401 9th Street NW<br>Suite 630<br>Washington, DC 20004 |

| | |
|---|---|
| | (202) 607-8998<br><br>*Attorneys for Petitioner USW* |
| | /s/ *David Chung*<br>David Y. Chung<br>Warren Lehrenbaum<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 624-2500<br>(202) 628-5116 (fax)<br>dchung@crowell.com<br><br>*Counsel for the American Chemistry Council, Georgia Chemistry Council, and Texas Chemistry Council* |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 654 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font using Microsoft Word.

Dated:      May 5, 2026
          Washington, DC               */s/ Randy S. Rabinowitz*
                                            *Attorney for Petitioner USW*

CERTIFICATE OF SERVICE

I hereby certify that I e-filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on May 5, 2026.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Randy S. Rabinowitz*
*Attorney for Petitioner USW*