**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| TEXAS CHEMISTRY COUNCIL, *et al.* | |
| Petitioners, | Nos.24-60193,24-60281,24-60333 (consolidated) |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* | |
| Respondents. | |

**RESPONSE OF PETITIONER ASBESTOS DISEASE AWARENESS ORGANIZATION TO MAY 5, 2026 JOINT MOTION TO INCREASE THE TIME FOR ORAL ARGUMENT**

The Asbestos Disease Awareness Organization (ADAO) and its 17 co-petitioners support the May 5, 2026 joint motion to increase the total argument time allotted to all petitioners to 35 minutes. Document 307. This extra time is justified in light of the complexity and importance of the petitioners' issues.

However, we are concerned about one aspect of the motion – the amount of argument time provided to ADAO and its co-petitioners. Under the motion, both the ADAO and labor petitioners would each receive 9 minutes. The ADAO petitioners have raised six different

issues in their opening brief, in comparison to the single issue raised in the labor petitioners' brief.  Document No. 272. Providing a small amount of additional time to address the ADAO issues will enable the Panel to better understand ADAO's grounds for challenging the EPA Asbestos Part 1 Rule.

Therefore, ADAO requests two additional minutes of argument time. The Court could accomplish this by enlarging petitioners' total time allocation to 37 minutes or reducing the time of the industry and labor petitioners by 2 minutes (1 minute each for industry and labor).

Dated: May 5, 2026

Respectfully submitted,

/s/Robert M. Sussman
ROBERT M. SUSSMAN
Sussman & Associates
3101 Garfield St. NW
Washington DC 20008
bobsussman1@comcast.net
202-716-0118

*Attorneys for petitioners Asbestos Disease Awareness Organization. American Public Health Association, Collegium Ramazzini, Local F-116 (Vandenberg Professional Firefighters), International Association of Fire Fighters; Local F-253 (Fort Myer Professional Firefighters), International Association of Fire Fighters The FealGood Foundation.Henry A. Anderson, MD; Brad Black, MD; Barry Castleman, ScD; Raja Flores, MD; Arthur Frank, MD, PhD; Phil Landrigan, MD, MSc; Richard Lemen, PhD, MSPH; Steven Markowitz, MD, DrPH; Jacqueline Moline, MD, MSc; Celeste Monforton, DrPH, MPH; Christine Oliver, MD, MPH, MSc; and Andrea Wolf, MD,MPH;*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 182 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman font using Microsoft Word.

Dated:      May 5, 2026

*/s/Robert M.Sussman*
Robert M. Sussman

Attorneys for ADAO et al