**No. 24-60333**

# In the United States Court of Appeals for the Fifth Circuit

OLIN CORPORATION,

Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondents

On Petition for Review of Final Agency Action of the
United States Environmental Protection Agency
89 Fed. Reg. 21,970 (Mar. 28, 2024)

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the undersigned hereby stipulate that the above petition, No. 24-60333, shall be dismissed with prejudice. Each party shall bear their own fees and costs. This stipulation does not relate to the other petitions consolidated with this one, Nos. 24-60193 & 24-60281.[1]

---

[1] Other than respondents United States Environmental Protection Agency and Lee Zeldin, Administrator, United States Environmental Protection Agency, the parties to those petitions are not parties to this one, and thus, are not part of this stipulation.

Dated: May 6, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

s/ Laura J. Glickman
LAURA J. GLICKMAN
KRISTEN SARNA
Environmental Defense Section
Environment and Natural Resources
Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056
Laura.Glickman@usdoj.gov

*Counsel for Respondents*

s/ Elbert Lin
Elbert Lin
*Counsel of Record*
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com

Erica N. Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
mleopold@HuntonAK.com
epeterson@HuntonAK.com

Nicholas D. Stellakis
Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109
(617) 648-2800
nstellakis@HuntonAK.com

*Counsel for Petitioner Olin
Corporation*