# ORAL ARGUMENT ACKNOWLEDGMENT FORM
## U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130
### (504) 310-7700

I, NATHAN DAVID FINCH
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

24-60193          TEXAS CHEMISTRY COUNCIL   v.  EPA
(Case Number)                        (Short Title)

is scheduled for oral argument at   9:00 am   on   June 1, 2026   located in the
(Time)                      (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
(Location)

/s/ _[signature]_                                    May 14, 2026
(Signature)                                              (Date)

---

### List all parties being represented for argument and select the party type

United Steel Workers ("USW")

| ☑ Appellant | ☐ Appellee | ☐ Cross Appellant | ☐ Cross Appellee | ☐ Amicus | ☑ Intervenor |
|---|---|---|---|---|---|

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

### THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | NATHAN DAVID FINCH | 4 | 5 |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  47

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF          RESET FORM