# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 27, 2026

No. 24-60193    TexasChemistry Council v. EPA
                 (Consolidated with 24-60281
                USDC No. 40 CFR Part 751
                USDC No. 89 Fed. Reg. 21970

Dear Counsel:

The oral argument panel requests that counsel be prepared to discuss at oral argument on 6/1/26, the following:

Whether Petitioners have satisfied their burdens of establishing standing, including whether Petitioners have sufficiently articulated their alleged injuries in fact and adequately supported their claims.

Counsel should also be prepared to discuss this court's recent decision in *United States v. Texas*, 173 F.4th 659 (5th Cir. 2026) (en banc), including any impact it may have on Petitioners' organizational-standing theories.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt
Courtroom Deputy
504-310-7631

cc:
    Mr. Evan Noller Bianchi
    Ms. Victoria Louise Bor
    Mr. Christopher Beau Carter
    Mr. David Chung
    Mr. Nathan David Finch
    Ms. Laura J. Glickman
    Mr. I. Andrew Goldberg
    Mr. Robert J. Karl
    Mr. Jeremy Charles Marwell
    Mr. James Payne
    Ms. Randy Sue Rabinowitz
    Ms. Kristen Sarna
    Mr. Aaron Michael Streett
    Mr. Robert Matthew Sussman I

Mr. Nathaniel J. Tisa
Mr. Lucas Williams