# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2026

Ms. Victoria Louise Bor
OSH Law Project, L.L.C.
P.O. Box 3769
Washington, DC 20027

Mr. Christopher Beau Carter
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. David Chung
Crowell & Moring, L.L.P.
600 5th Street, N.W.
Washington, DC 20001

Mr. Nathan David Finch
Motley Rice, L.L.C.
401 9th Street, N.W.
Suite 630
Washington, DC 20004

Ms. Laura J. Glickman
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Mr. Robert J. Karl
Porter Wright Morris & Arthur, L.L.P.
41 S. High Street
Suites 2800-3200
Columbus, OH 43215

Mr. Jeffrey Prieto
Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
William Jefferson Clinton Building
Washington, DC 20460-0003

Ms. Randy Sue Rabinowitz
OSH Law Project, L.L.C.
P.O. Box 3769
Washington, DC 20027

Ms. Kristen Sarna
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. Robert Matthew Sussman I
Sussman and Associates
3101 Garfield Street, N.W.
Washington, DC 20008

Mr. Lucas Williams
Community Environmental Lawyers, P.C.
30 Otis Street
Apartment 2301
San Francisco, CA 94103

No. 24-60193 cons. w/ 24-60281
TexasChemistry Council v. EPA
Agency No. 40 CFR Part 751
Agency No. 89 Fed. Reg. 21970

Dear Counsel:

The court wishes to receive simultaneous letters briefs from the
parties on issues relevant to the petitioners' standing.  Those
issues include how standing must be shown, whether it has been
shown here, and if not, whether each petition for review must be
dismissed.  The briefs should be no more than eight pages in
length and must be filed by 5:00 p.m., Wednesday, June 10.


Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
    Mr. Evan Noller Bianchi
    Mr. I. Andrew Goldberg
    Mr. Jeremy Charles Marwell
    Mr. Nathaniel J. Tisa