**Oral Argument Held on June 1, 2026**

---

**No. 24-60193 and Consolidated Cases**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**TEXAS CHEMISTRY COUNCIL, et al.,**

Petitioners,

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,**

**Respondents,**

---

**DECLARATION OF STEVEN SALLMAN**

I, STEVEN SALLMAN, declare as follows:

1. I am Director of Health, Safety and Environment at the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), formerly known as the United Steelworkers of America. I first joined USW in 2004 as a Technician.

2. My Department includes staff who conduct workplace inspections, are involved in advocacy, and respond to inquiries from members across the country who raise questions about health and safety in their workplaces. In this capacity, the Department monitors regulatory developments affecting chemicals to which our members are exposed and actively participates in regulatory proceedings affecting such chemicals.

3. I have worked in the USW Health, Safety and Environment Department for over 22 years, and have 34 years of safety and health experience. I have investigated over 100 fatalities and hundreds of life-altering incidents, assisted local unions, and worked closely with other unions, as well as employers' safety and health staff.  I worked at the USW-represented Firestone Plant in Des Moines, Iowa, for 13 years, during which I served as the fulltime Health, Safety and Environment Committee Chairman for Local 310L for eight years. My professional experience includes working at the Iowa Division of Labor-OSHA for almost five years as a Safety and Health Consultant; serving as a member of

1

the National Advisory Committee for Occupational Safety and Health, a federal advisory committee established by the Occupational Safety and Health Act (OSHA), from 1994 through 2001; and serving as an expert for Workers' Group, a tripartite group of the International Labour Organization's Code of Practice on Safety in the Use of Machinery, from November 29 – December 7, 2011.

4. USW is the authorized collective bargaining agent for approximately 500,000 North American workers, including unionized workers in the rubber, chemical, petroleum, paper, metal and nonmetal mining (other than coal) and general manufacturing industries.

5. In its risk assessment for chrysotile asbestos, EPA identified two specific industries that use sheet gaskets containing chrysotile: NAIC Code 325-Chemical Manufacturing; NAIC Code 211- Oil and Gas Extraction. 87 Fed. Reg. 21706 (April 12, 2022, JA 47). USW Records indicate the Union represents 1,489 workers in NAIC Code 325 and 1189 workers in NAIC Code 211

6. Occupational safety and health are a mandatory subject of bargaining, as defined by the National Labor Relations Act. USW has an extensive safety and health program, centered on union safety and health representatives at the plant level, and backed up by the professional headquarters staff in my Department. We have a keen interest in the ability of the Federal Government to determine whether the chemicals to which our members are exposed pose unreasonable risks to their

health. Risk evaluations completed by EPA will allow USW to alert our members to the occupational risks they face, to bargain with employers to protect our members from those risks, and to advocate for federal and state regulatory agencies to adopt greater protections for our members from asbestos risks. And we have a keen interest in ensuring that the risk management rules EPA promulgates based on those risk assessments fully address the hazards toxic chemicals pose to our members.

7. In my capacity as Director of Health, Safety and Environment for USW, it is my responsibility to be aware of, and monitor regulatory developments affecting, toxic chemicals to which USW members are exposed. To do so, I communicate with USW members, local union leaders, and members of health and safety professionals on USW's staff regularly about toxic exposures in workplaces represented by USW and regularly conduct worksite visits to personally observe the working conditions USW members face. In my 22 years working for USW's Health, Safety and Environment Department, I estimate that I have conducted around one thousand site visits to USW-represented workplaces and personally observed the working conditions facing USW members.

8. Based on this experience, I am aware that many of the facilities in NAIC codes 325 and 211 use asbestos sheet gaskets and USW members are exposed to asbestos fibers when new gaskets are installed and old gaskets removed. Also

based on this experience, the experience of members of my staff, and on the union's interest in ensuring the health of our members, my Department participated, along with the AFL-CIO and other unions, in commenting on EPA's risk evaluation and risk management rules for chrysotile asbestos.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2026.

*/s/ Steven Sallman*

Steven Sallman