**Sussman & Associates**
**3101 Garfield St. NW**
**Washington, DC 20008**
**202-716-0118**
bobsussman1@comcast.net

Honorable Lyle W. Cayce
Clerk
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re:   *Texas Chemistry Council v. EPA*, 24-60193, consolidated with *American Public Health Association v. EPA*, No. 24-60281**

On behalf of the Asbestos Disease Awareness Organization (ADAO), petitioner in No. 24-60193, and the seventeen organizations and individuals who are petitioners in No. 24-60281, I am writing to submit four additional standing declarations in these consolidated cases.

These declarations are in support of ADAO's associational standing to seek review of the chrysotile asbestos Part 1 rule at issue in this case, which was issued by respondent Environmental Protection Agency (EPA) in March 2024 under the Toxic Substances Control Act (TSCA).

The Court heard oral argument in these consolidated cases on June 1, 2026. On June 2, 2026, the panel issued a letter to counsel requesting that, on or before June 10, the parties file simultaneous 8-page letter briefs on "issues relevant to the petitioners' standing." Document No. 333. The Court directed that these briefs address "how standing must be shown, whether it has been shown here, and if not, whether each petition for review must be dismissed."

The ADAO petitioners today filed their letter brief responding to the Court's request. The new declarations are referenced in this brief, together with three standing declaration previously filed by petitioners in support of their opening brief. Document No. 108-1 to 108-4.

The four new declarations are attached to this letter. They are from ADAO's President Linda Reinstein and three active ADAO supporters: Brent Kynoch, a leading expert on asbestos abatement; Roy Taylor, an architect who works with

older asbestos-contaminated buildings; and Dawn Fanning, a California resident who is now exposed to asbestos debris at the site of her fire-damaged home, which she plans to rebuild.

We ask the Court to consider these declarations in conjunction with our letter brief.

Yesterday, we submitted a motion for leave to file the four declarations. However, we understand that a letter is the preferred vehicle for submitting standing declarations and therefore request that our motion be withdrawn.

Respectfully submitted,

/s/Robert M. Sussman
ROBERT M. SUSSMAN
Sussman & Associates
3101 Garfield St. NW
Washington DC 20008
bobsussman1@comcast.net
202-716-0118

*Attorneys for petitioners Asbestos Disease Awareness Organization. American Public Health Association, Collegium Ramazzini, Local F-116 (Vandenberg Professional Firefighters), International Association of Fire Fighters; Local F-253 (Fort Myer Professional Firefighters), International Association of Fire Fighters; The FealGood Foundation. Henry A. Anderson, MD; Brad Black, MD; Barry Castleman, ScD; Raja Flores, MD; Arthur Frank, MD, PhD; Phil Landrigan, MD, MSc; Richard Lemen, PhD, MSPH; Steven Markowitz, MD, DrPH; Jacqueline Moline, MD, MSc; Celeste Monforton, DrPH, MPH; Christine Oliver, MD, MPH, MSc; and Andrea Wolf, MD, MPH.*

cc: All Counsel (served by ECF)